IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-50159
Conference Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

CHUCK HARLAN,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-90-CR-141-1
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Chuck Harlan has requested leave
to withdraw as counsel and has filed a brief in accordance with
Anders v. California, 386 U.S. 738 (1967).  Harlan has not filed
a response.  Our independent review of the record and counsel's
brief discloses no nonfrivolous issue.  Accordingly, counsel's
motion to withdraw is GRANTED.  Counsel is excused from further
responsibilities, and the appeal is DISMISSED.  See 5TH CIR.
R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.